```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATIANA BERSENEVA,<br><br>        Plaintiff,<br><br> -against-<br><br>DIVERSIFIED ADJUSTMENT SERVICES, INC., ET AL.,<br><br>        Defendants. | 20-cv-5020 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled with Experian Information Solutions, Inc., it is hereby ORDERED that the above-captioned action is discontinued as to that defendant without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: October 15, 2020
     New York, New York

                       _____
                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**