USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/22/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATIANA BERSENEVA,

                    Plaintiff,

    -against-

DIVERSIFIED ADJUSTMENT SERVICES, INC., ET AL.,

                    Defendants.

20-cv-5020 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    October 22, 2020
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**